UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| THOMAS C. REDMOND,<br><br>　　　　　　Plaintiff,<br>　v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 2:13-cv-201-JTR<br><br>JUDGMENT IN A CIVIL CASE |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff's Motion for Summary Judgment is **STRICKEN AS MOOT**. Judgment is entered for Plaintiff.

DATED: April 11, 2014

　　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　　Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28